# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRUCE PHILIP MAQUAR, JR.

NO. 2022 KW 1161

**JANUARY 17, 2023**

---

In Re: Bruce Philip Maquar, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3279-F-2020.

---

**BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

a.S.

---
DEPUTY CLERK OF COURT
FOR THE COURT